# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| CHRISTOPHER FLAHERTY, | : | |
| Plaintiff, | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| LIDESTRI FOODS, INC., et al., | : | No. 17-4006 |
| Defendants. | : | |

## ORDER

**AND NOW**, this **17th** day of **November**, **2017**, upon consideration of Defendants Cheer Pack North America, LLC's, and Guala Pack North America, Inc. and Guala Pack, S.p.A.'s Motions to Dismiss for Lack of Personal Jurisdiction, Plaintiff's responses thereto, Cheer Pack's reply thereon, and for the reasons stated in the Court's Memorandum dated November 17, 2017, it is hereby **ORDERED** that:

1. Plaintiff's motions for leave to file supplemental memoranda are **GRANTED**. The memoranda (Document Nos. 25 and 26) are deemed filed.

2. The motions to dismiss (Document Nos. 10 and 14) are **GRANTED**.

3. Plaintiff's claims against Cheer Pack North America, LLC, Guala Pack North America, Inc., and Guala Pack, S.p.A. are **DISMISSED without prejudice**.

BY THE COURT:

/s/ Berle M. Schiller

**Berle M. Schiller, J.**